IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**DERRICK ESTELL**
ADC #147330

PLAINTIFF

v.  No. 5:18-cv-225-DPM

**DOES**

DEFENDANTS

### JUDGMENT

Estell's complaint is dismissed without prejudice.

*[signature]*
D.P. Marshall Jr.
United States District Judge

19 October 2018